No statement appears to have been made by appellant to the effect that he was driving the car prior to the collision, or that he was traveling alone, or that in fact he was in the car when it collided with. the culvert. Nor was it shown by any testimony that appellant had been driving the car at any time that night.

We agree with appellant's contention that the evidence is insufficient to sustain a finding that appellant drove the automobile while intoxicated.

The evidence strongly suggests that appellant ran his car into the culvert but the hypothesis that some one other than appellant drove the car and left the scene after the collision and prior to the arrival of Mr. Secrest is not excluded.

The evidence being deemed insufficient to sustain the conviction, the judgment is reyersed and the cause remanded.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $100.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.